**Order filed July 22, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00411-CV
_____

**PAMELA WALKER, Appellant**

**V.**

**SUZANNE SCOPEL AND JUSTIN SCOPEL, Appellees**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-200283**

---

## O R D E R

The notice of appeal in this case was filed May 27, 2014. The clerk's record was filed June 27, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **August 16, 2014.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM